FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL - 9 2010

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:09-CR-431-GMN (LRL) |
| DEVALOIS LEBRON, | ) |
| Defendant. | ) |

### FINAL ORDER OF FORFEITURE AS TO DEFENDANT DEVALOIS LEBRON

On March 31, 2010, this Court entered a Preliminary Order of Forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) forfeiting property of defendant DEVALOIS LEBRON to the United States of America;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B) that the forfeiture of the property named in the Preliminary Order of Forfeiture is final as to defendant DEVALOIS LEBRON.

DATED this _9th_ day of _July_, 2010.

_____
UNITED STATES DISTRICT JUDGE