# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
)  Case 2:09-cr-00431-GMN-LRL-1
          Plaintiff, )
vs. ) **ORDER DENYING MOTION TO**
) **RELOCATE WITHOUT PREJUDICE**
DEVALOIS LEBRON, ) **(ECF No. 38)**
)
          Defendant. )
)

Before the Court is Defendant's Motion for Relocation to Seattle, Washington (ECF No. 38) filed on September 24, 2014.

The Court has read Defendant's Motion and hereby finds that Defendant's Motion is filed prematurely. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Relocation to Seattle, Washington (ECF No. 38) filed on September 24, 2014, is hereby **DENIED** as prematurely filed.

Defendant is directed to develop a release plan with his case manager at the Bureau of Prisons. Once a release plan has been prepared, Defendant's case manager shall then forward that plan to the Western District of Washington with a request that they conduct a Pre-Release Investigation, in order to determine whether a transfer of supervision to the Western District of Washington is appropriate. Once the proper forms have been submitted to the Court, Defendant may refile his Motion for Relocation for this Court's reconsideration.

**DATED** this 21st day of October, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court