UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>DEVALOIS LeBRON,<br><br>            Defendant. | Case No. 2:09-cr-00431-GMN-EJY<br><br>**ORDER** |

On December 9, 2019, Defendant Devalois LeBron appeared before the Court for his Initial Appearance on a Petition for Revocation of Supervised Release. Counsel for Defendant requested a continuance as an investigation into potential placement in a mental health facility was conducted. On December 11, 2019, the Court ordered Defendant to be transported to a suitable Bureau of Prisons facility for a psychiatric or psychological evaluation as no local facility was available to house or treat Defendant. ECF No. 103. On February 3, 2020, the Bureau of Prisons requested an extension of time, to March 30, 2020, to provide a report regarding Defendant. The request was granted. On June 22, 2020, the Bureau of Prisons reported that Defendant was still "in-process . . . as a result of the COVID-19 pandemic outbreak," which has caused significant delays. The Bureau of Prisons further reported that they are making all efforts and expediting Defendant's evaluation as much as possible, which the Court does not doubt. However, with no future status report or other deadline set by the Court, the Court is concerned that Defendant's evaluation may continue to be delayed for a significant period of time.

Accordingly,

IT IS HEREBY ORDERED that, absent a request for reasonable additional time to complete Defendant's evaluation and provide a report regarding the same to this Court, the U.S.

Department of Justice, Federal Bureau of Prisons, Metropolitan Detention Center shall complete Defendant's evaluation and provide a report to this Court regarding the same no later than July 31, 2020.

DATED: June 26, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE