RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
ROBERT O'BRIEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Robert_O'Brien@fd.org

Attorney for Devalois Lebron

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>DEVALOIS LEBRON,<br><br>             Defendant. | Case No. 2:09-cr-00431-GMN-EJY<br><br>**STIPULATION TO CONTINUE COMPETENCY HEARING**<br>(First Request) |

     IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Robert O'Brien, Assistant Federal Public Defender, counsel for Devalois Lebron, that the Competency Hearing currently scheduled on August 24, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

     This Stipulation is entered into for the following reasons:

     1.    Defense counsel has not had an opportunity to speak with Mr. Lebron since the competency report was prepared. He remains housed in facility in Los Angeles and we will need additional time to consult with him.

2. In the event Defendant chooses the challenge the competency finding, defense counsel will need additional time to retain an expert psychological witness.

3. The parties agree to the continuance.

This is the first request for a continuance of the Competency Hearing.

DATED this 20th day of August, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Robert O'Brien*<br>ROBERT O'BRIEN<br>Assistant Federal Public Defender | By */s/*<br>ROBERT KNIEF<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEVALOIS LEBRON,<br><br>　　　　Defendant. | Case No. 2:09-cr-00431-GMN-EJY<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the Competency Hearing currently scheduled for Monday, August 24, 2020 at 10:00 a.m., be vacated and continued to Monday, November 23, 2020 at the hour of 11:30 a.m., in Courtroom 3C.

　　　DATED this 20th day of August, 2020.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

3